IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2012 JAN -5  AM 10: 04
CLERK _____
SO. DIST. OF GA.

THOMAS SHARON,

   Petitioner,

  v.

RON CORBETT, Under Sheriff,

   Respondent.

CIVIL ACTION NO.: CV211-117

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**.  The petition, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, due to Petitioner's failure to exhaust his state court remedies.  The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this $\underline{5}$ day of $\underline{\text{January}}$ , 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA